CR07-100-S

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [ ] INFORMATION [X] INDICTMENT [ ] COMPLAINT

Matter Sealed: [ ] Juvenile [ ] Other than Juvenile

[ ] Pre-Indictment Plea [ ] Superseding [ ] Defendant Added
[ ] Indictment [ ] Charges/Counts Added
[ ] Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
[X] U.S. Atty [ ] Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
Drug Enforcement Administration

[ ] person is awaiting trial in another Federal or State Court (give name of court)

[ ] this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Atty [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

[ ] prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

Defendant: Rafael Fernandez-Roque
a/k/a Rafael Hernandez Roque

Address: Massachusetts State Custody

[ ] Interpreter Required Dialect:

Birth Date REDACTED

[X] Male [ ] Female

[X] Alien (if applicable)

Soc

### DEFENDANT

Issue: [X] Warrant [ ] Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

[ ] Currently in Federal Custody
[X] Currently in State Custody MASSACHUSETTS
[ ] Writ Required
[ ] Currently on bond
[ ] Fugitive

Defense Counsel (if any):

[ ] FPD [ ] CJA [ ] RET'D
[ ] Appointed on Target Letter

[ ] This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 21 U.S.C. Secs. 841(a)(1) & (b)(1)(A)) and | CONSPIRACY TO DISTRIBUTE & TO POSSESS | [X] Felony [ ] Misdemeanor |
| | 846 (COUNT ONE) | W/INTENT TO DISTRIBUTE 5 KILOGRAMS OR MORE | [ ] Felony [ ] Misdemeanor |
| | PENALTIES: 10 years to life imprisonment; | OF A MIXTURE & SUBSTANCE CONTAINING A | [ ] Felony [ ] Misdemeanor |
| | at least 5 years to life supervised release; | DETECTABLE AMOUNT OF COCAINE (SCH II CS). | [ ] Felony [ ] Misdemeanor |
| | $4,000,000 fine; $100 spec. man. assessmt. | ESTIMATED TRIAL DAYS: 5 | [ ] Felony [ ] Misdemeanor |