CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA (Western Division - Los Angeles) CRIMINAL DOCKET FOR CASE #: 2:07-mj-01170-DUTY All Defendants

Case title: USA v. Verdugo

Date Filed: 07/26/2007
Date Terminated: 07/27/2007

---

Assigned to: Duty Magistrate Judge

**Defendant**

**Adolfo Verdugo** (1)
*TERMINATED: 07/27/2007*

represented by **Pete R Johnson**
Federal Public Defenders Office
321 East 2nd Street
Los Angeles, CA 90012-4206
213-864-7524
Email: zzCAC_FPD_Document_Receiving@fd.org

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Defendant in violation of: 21:841(a)(1)(b)(A) | Court orders defendant held to answer to the District of Rhode Island. Warrant and final commitment ordered stayed until 8-10-07. |

**Plaintiff**

**USA** represented by **US Attorney's Office**
AUSA - Office of US Attorney
312 N Spring St, 12th Floor
Los Angeles, CA 90012-4700
213-894-2434
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/26/2007 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Adolfo Verdugo, originating in the District of Rhode Island. Defendant charged in violation of: 21:841(a)(1)(b)(A). Signed by agent Sean Flanders, DEA. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Adolfo Verdugo; defendants Year of Birth: 1966; date of arrest: 7/25/2007. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 3 | Defendant Adolfo Verdugo arrested on warrant issued by the USDC District of Rhode Island at Providence, RI. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Victor B. Kenton as to Defendant Adolfo Verdugo Defendant arraigned and states true name is as charged. Attorney: Pete R Johnson for Adolfo Verdugo, DFPD, present. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Rhode Island. Warrant of removal and final commitment are stayed until 8/10/07. Tape #: C/S. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 5 | FINANCIAL AFFIDAVIT filed as to Defendant Adolfo Verdugo. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 6 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Adolfo Verdugo. (sce) (Entered: 07/31/2007) |
| 07/26/2007 | 7 | WAIVER OF RIGHTS approved by Magistrate Judge Victor B. Kenton as to Defendant Adolfo Verdugo. (sce) (Entered: 07/31/2007) |
| 07/27/2007 | 8 | WARRANT OF REMOVAL AND COMMITMENT by Magistrate Judge Victor B. Kenton that Defendant Adolfo Verdugo be removed to the District of Rhode Island. (sce) (Entered: 07/31/2007) |
| 07/31/2007 | 9 | MEMORANDUM FOR RELEASE ORDER AUTHORIZATION filed by PSA Officer as to Defendant Adolfo Verdugo. Submitted in compliance with conditions as set forth in. (sce) (Entered: 07/31/2007) |
| | | |

Case 1:07-cr-00100-S-LDA Document 5 Filed 08/02/2007 Page 3 of 19

| | | |
|---|---|---|
| 08/01/2007 | 10 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Adolfo Verdugo. USA passport No: 212092807 was received on 8/1/07. (sce) (Entered: 08/01/2007) |

## PACER Service Center

### Transaction Receipt

| 08/02/2007 06:15:46 | | | |
|---|---|---|---|
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-mj-01170-DUTY |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

FILED

2007 JUL 26 AM 11:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

USA

PLAINTIFF(S)

v.

Adolfo Verduzco

DEFENDANT(S).

CASE NUMBER 07-1170M

AFFIDAVIT RE
OUT-OF-DISTRICT WARRANT

The above-named defendant was charged by: Indictment
in the ______ District of Rhode Island on 7/11/07
at 2:00 ☐ a.m. / ☑ p.m. The offense was allegedly committed on or about 5/31/07
in violation of Title 21 USC 841 U.S.C., Section(s) Cons. Poss. w/ Intent to Distri Cocaine
to wit:

A warrant for defendant's arrest was issued by: US Dist. Court Rhode Island

Bond of $__________ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on JUL 26 2007, by

MELONI WARREN, Deputy Clerk.

[signature]
Signature of Agent

Sean Flanders
Print Name of Agent

DEA
Agency

Special Agent
Title

FILED

2007 JUL 26 AM 11:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Adolfo Verdugo<br>DEFENDANT(S). | CASE NUMBER 07-1170M<br>CR-07-700-045<br>**REPORT COMMENCING CRIMINAL ACTION** |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest 7/25/07 12:00 ☐ AM / ☒ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
21 USC 841
3. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes ☐ No ☐ Unknown
5. Year of Birth: 1966
6. The defendant is: ☒ Presently in custody on this charge.
☐ At liberty on bond posted before a Magistrate Judge.
☐ At liberty and warrant is requested.
☐ Federal - In custody on another conviction.
☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): MDC Los Angeles
8. Date detainer placed on defendant: ______
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. ______)
10. Name of Pretrial Services Officer: ______
11. Remarks (if any): ______
12. Date: 7/26/07
13. Signature: Sean C. Flander
14. Name: Sean Flander
15. Title: Special Agent

Sealed

AO 442 (Rev. 5/93) Warrant for Arrest

FILED

# United States District Court

## *District of Rhode Island*

2007 JUL 26 AM 11:05

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES OF AMERICA

v.

ADOLFO VERDUGO

**WARRANT FOR ARREST**

CASE NUMBER: ~~CR 07-100-04S~~
07-1170M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ADOLFO VERDUGO
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

CONSPIRACY TO DISTRIBUTE AND TO POSSES WITH INTENT TO DISTRIBUTE OF COCAINE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(A)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

Providence, RI July 11, 2007
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | Copy | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

7-07-13 11:27 03199 4015285214 >> FAX 3/6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff,

vs.

Adolfo Verdugo

Defendant.

Western Division

Case Number: 2:07-MJ-01170
Initial App. Date: 07/26/2007

Out of District Affidavit
Initial App. Time: 2:00 PM

Date Filed: 07/26/2007
Violation: 21:841(a)(1) and (b)(1)(A)
CourtSmart: C/S

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: Victor B. Kenton**

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Roxanne Horan — *Deputy Clerk*; Sarah Baxter — *Assistant U.S. Assistant*; ~~None~~ SPANISH LUIS RODRIGUEZ — *Interpreter/Language*

- [x] Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
  - [ ] preliminary hearing OR [x] removal hearing / Rule 20.
- [x] Defendant states true name [x] is as charged [ ] is ______
- [x] Defendant advised of consequences of false statement in financial affidavit. [ ] Financial Affidavit ordered SEALED.
- [x] Attorney: Pete Johnson, DFPD [x] Appointed [ ] Prev. Appointed [ ] Poss. Contribution (see separate order)
  - [ ] Special appearance by: ______.
- [x] Government's request for detention is: [ ] GRANTED [ ] DENIED [ ] WITHDRAWN [ ] CONTINUED
- [ ] Defendant is ordered: [ ] Permanently Detained [ ] Temporarily Detained (see separate order).
- [ ] BAIL FIXED AT $______ **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**
- [ ] Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: [ ] GRANTED [ ] DENIED
- [ ] Preliminary Hearing waived.
- [ ] **PO/PSA WARRANT** [ ] Counsel are directed to contact the clerk for District Judge ______ for the setting of further proceedings.
- [ ] Preliminary Hearing set for ______ at 4:30 PM ______
- [ ] PIA set for: ______ at 8:30 AM in LA; at 3:00 PM in Riverside; at 10:00 AM in Santa Ana
- [ ] Government's motion to dismiss case/defendant ______ only: [ ] GRANTED [ ] DENIED
- [ ] Defendant's motion to dismiss for lack of probable cause: [ ] GRANTED [ ] DENIED
- [x] Defendant executed Waiver of Rights. [ ] Process received.
- [x] Court ORDERS defendant Held to Answer to ______ District of Rhode Island
  - [x] Bond to transfer, if bail is posted. Defendant to report on or before ______
  - [x] ~~Warrant~~ Warrant of removal and final commitment to issue.
  - [x] Warrant of removal and final commitment are ordered stayed until 8-10-2007
- [ ] Case continued to (Date) ______ (Time) ______ AM / PM
  Type of Hearing: ______ Before Judge ______ /Duty Magistrate Judge.
  Proceedings will be held in the [ ] Duty Courtroom ______ [ ] Judge's Courtroom ______
- [x] Defendant committed to the custody of the U.S. Marshal [ ] Summons: Defendant ordered to report to USM for processing.
- [ ] Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
- [ ] Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
- [ ] RELEASE ORDER NO: ______
- [ ] Other: ______

[x] **PSA** [x] **FINANCIAL** [x] **READY**

Deputy Clerk Initials RH

______ : 15 mins.

**UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. Adolfo Verdugo Defendant/Material Witness. | CASE NUMBER: | |
| | COMPLAINT: 07-M-1170 | INDICTMENT / INFORMATION: |
| | VIOLATION OF TITLE: 21 | SECTION: 841(a)(1) and (b)(1)(A) |

☐ PERSONAL RECOGNIZANCE (Signature only - no dollar amount)
☐ UNSECURED APPEARANCE BOND IN THE AMOUNT OF $____ RELEASE No. ____
☑ APPEARANCE BOND IN THE AMOUNT OF $ 250,000
☐ WITH CASH DEPOSIT (AMOUNT OR %) ____
☐ WITH AFFIDAVIT OF SURETY NO JUSTIFICATION (Form CR-4)
☑ WITH AFFIDAVIT WITH JUSTIFICATION OF SURETY (Form CR-3)
☑ WITH DEEDING OF PROPERTY Residence of Deft.

☑ RELEASE TO PRETRIAL ONLY
☐ FORTHWITH RELEASE
☐ ALL CONDITIONS OF BOND SHALL BE MET AND BOND POSTED BY: ____
*Date*

☐ COLLATERAL BOND IN AMOUNT OF (Cash or Negotiable Securities) $____
☐ CORPORATE SURETY BOND IN AMOUNT OF (Separate Form Required) $____
☐ ADDITIONAL REQUIREMENTS: ____
☑ BAIL FIXED BY COURT [signature] *Deputy Clerk* ☐ ALL REQUIREMENTS HAVE BEEN MET: ____ *Deputy Clerk*

**PRE-CONDITIONS TO RELEASE**

☐ Bail is subject to Nebbia hearing which is a hearing to inquire about the source of the collateral.
☐ The Nebbia hearing can be waived by the government.

**ADDITIONAL CONDITIONS OF RELEASE**

In addition to the GENERAL CONDITIONS of RELEASE, as specified on other side, the following conditions of release are imposed upon you:

☑ Defendant shall submit to: [✓] Pretrial Supervision. [ ] Intensive Pretrial Supervision.
☑ Surrender all passports to the ~~Clerk of Court,~~ or sign a declaration no later than, ____ and not apply for the issuance of a passport during the pendency of this case.
☑ Travel is restricted to: CD/CA & DIST. OF RHODE ISLAND only for purposes of this case and Court appearance
☑ Do not enter premises of any airport, seaport, railroad, or bus terminal which permits exit from the Continental U.S. or area of restricted travel without Court permission.
☑ Reside as approved by PSA and do not relocate without prior permission from PSA.____
☑ Maintain or actively seek employment and provide proof to PSA.
☐ Maintain or commence an educational program and provide proof to PSA.
☐ Avoid all contact, directly or indirectly, with any person who is or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: ____
☐ Not possess any firearms, ammunition, destructive devices, or other dangerous weapons. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Not use/possess any identification other than in your own legal name or true name. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the U.S. Marshal.
☐ Not use alcohol.
☑ Not use or possess illegal drugs. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.
☐ Submit to drug [and/or] alcohol testing and outpatient treatment as directed by PSA. You shall pay all or part of the cost for testing and treatment based upon your ability to pay as determined by PSA.
☐ Participate in residential drug [and/or] alcohol treatment as deemed necessary by PSA. You shall pay all or part of the cost for treatment based upon your ability to pay as determined by PSA. [ ] **Release to PSA only**.
☐ Participate in mental health evaluation, and/or counseling and/or treatment as directed by PSA. You shall pay all or part of the costs based upon your ability to pay as determined by PSA.

**Defendant Initials** A.V. **Date** 7-26-07

**ORIGINAL - YELLOW COPY** **PINK- PRETRIAL SERVICES** **WHITE - DEFENDANT COPY**

Case 2:07-mj-01170-DUTY Document 4 Filed 07/26/2007 Page 3 of 4

| Adolfo Verdugo<br>Defendant/Material Witness. | CASE NUMBER:<br>07-M-1170 |
|---|---|

☐ Participate in one of the following home confinement program components and abide by all requirements of the program which [ ] will or [ ] **will not** include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by PSA.

[ ] **Curfew**. You are restricted to your residence every day: [ ] from __________ to ___________. [ ] as directed by PSA. [ ] **Release to PSA only**.

[✓] **Home Detention**. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court-ordered obligations; or other activities as pre-approved by PSA. [✓] **Release to PSA only**.

[ ] **Home Incarceration**. You are restricted to your residence at all times except for medical needs or treatment; religious services; and court appearances as pre-approved by PSA. [ ] **Release to PSA only.**

☐ Not possess or have access to, either in the home, the workplace, or any other location, any device which offers Internet access, except as approved by PSA. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property by Pretrial Services in conjunction with the US Marshal.

☐ Not associate or have verbal, written, telephonic, or electronic communication with any person who is less than the age of 18 except in the presence of another adult who is the parent or legal guardian of the minor.

☐ Not loiter/be found within 100 feet of any school yard, park, playground, arcade, or other place primarily used by children under the age of 18.

☐ Not be employed by, affiliate with, own, control, or otherwise participate directly or indirectly in conducting the affairs of any daycare facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Not view or possess child pornography or child erotica. [ ] In order to determine compliance, you will agree to submit to a search of your person and/or property, including computer hardware and software, by Pretrial Services in conjunction with the US Marshal.

☐ Other conditions: ______________________________

X 7-26-07 — *Date*

X ADOLFO VERDUGO — *Defendant/Material Witness' Signature*

X (909) 626 9201 — *Telephone Number*

POMONA CALIFORNIA 91767 — *City, State And Zip Code* ONLY!

☒ **Check if interpreter is used**: I have interpreted into the SPANISH language all of the above conditions of release and have been told by the defendant that he or she understands all of the conditions of release.

[signature] — *Interpreter's signature*

7/26/07 — *Date*

Approved: ______________________________ — *United States District Judge / Magistrate Judge*

__________ — *Date*

If Cash Deposited: Receipt # ____________________ For $____________________

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rules 46-3.2 and 46-6)

ORIGINAL - YELLOW COPY    PINK- PRETRIAL SERVICES    WHITE - DEFENDANT COPY



GPO U.S.GOVERNMENT PRINTING OFFICE: 2005-785-040

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

July 31, 2007

United States District Court
District of Rhode Island
124 Federal Building and
One Exchange Terrace
Providence, RI 02903-1270

Re: Transfer to U.S. Magistrate Judge

Case No. MJ-07-1170

Case Title: USA V ADOLFO VERDUGO

Dear Sir/Madam:

Pursuant to Rule 40 of the Federal Rules of Criminal Procedure, enclosed are the following:

- ☒ Certified copy of entire case file.
- ☒ Certified copy of docket sheet
- ☐ Letter re status of property bond
- ☐ Original bond enclosed
  - ☐ Original bond to be forwarded by the Fiscal Section
  - ☐ Certified copy of final commitment
  - ☐ Original Passport
  - ☐ Original Declaration re: Passport
- ☒ Other Document # 5 NFPV

Please acknowledge receipt on the copy of this letter and return to this office.

Sincerely,

Clerk, U.S. District Court

By S. English
Deputy Clerk 213-894-8288

*cc: U.S. Attorney (Central District of California)*
*U.S. Attorney (Receiving district)*

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

______________________.

Clerk, U.S. District Court

______________________
Date

By ______________________
Deputy Clerk

LODGED
CLERK, U.S. DISTRICT COURT
JUL 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

GEORGE S. CARDONA
Acting United States Attorney
THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division
Sarah Baxter (Cal. SBN: 233646)
Assistant United States Attorney
General Crimes Section
1200 United States Courthouse
312 North Spring Street
Los Angeles, California 90012
Telephone: (213) 894-2579
Facsimile: (213) 894-0141
E-mail: Sarah.Baxter@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>Adolfo Verdugo<br>Defendant. | Case No. ~~07-100-045~~ 07-1170M<br><br>GOVERNMENT'S NOTICE OF REQUEST FOR DETENTION |

Plaintiff, United States of America, by and through its counsel of record, hereby requests detention of defendant and gives notice of the following material factors:

___ 1. Temporary 10-day Detention Requested (§ 3142(d)) on the following grounds:

___ a. offense committed while defendant was on release pending (felony trial), (sentencing) (appeal) or on (probation) (parole);

___ b. alien not lawfully admitted for permanent residence;

___ c. flight risk;

___ d. danger to community.

___ 2. <u>Pretrial Detention Requested (§ 3142 (e)) because no condition or combination of conditions will reasonably assure against</u>:

___ a. danger to any other person or the community;

___ b. flight.

___ 3. <u>Detention Requested Pending Supervised Release/Probation Revocation Hearing (Rules 32.1(a)(6), 46(d), and 18 U.S.C. § 3143(a))</u>:

___ a. Defendant cannot establish by clear and convincing evidence that he/she will not pose a danger to any other person or to the community;

___ b. Defendant cannot establish by clear and convincing evidence that he/she will not flee.

✓ 4. <u>Presumptions Applicable to Pretrial Detention (18 U.S.C. § 3142(e))</u>:

✓ a. Title 21 or Maritime Drug Law Enforcement Act ("MDLEA") (46 U.S.C. App. 1901 et seq.) offense with 10-year or greater maximum penalty (presumption of danger to community and flight risk);

___ b. offense under 18 U.S.C. § 924(c) (firearm used/carried/possessed during/in relation to/in furtherance of crime), § 956(a), or § 2332b (presumption of danger to community and flight risk);

____ c. offense involving a minor victim under 18 U.S.C. §§ 1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) - (a)(3), 2252A(a)(1) - 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425 (presumption of danger to community and flight risk);

____ d. defendant currently charged with (I) crime of violence, (II) offense with maximum sentence of life imprisonment or death, (III) Title 21 or MDLEA offense with 10-year or greater maximum sentence, or (IV) any felony if defendant previously convicted of two or more offenses described in I, II, or III, or two or more state or local offenses that would qualify under I, II, or III if federal jurisdiction were present, or a combination of such offenses, <u>AND</u> defendant was previously convicted of a crime listed in I, II, or III committed while on release pending trial, <u>AND</u> the current offense was committed within five years of conviction or release from prison on the above-described previous conviction (presumption of danger to community).

____ 5. <u>Government Is Entitled to Detention Hearing Under § 3142(f) If the Case Involves</u>:

____ a. a crime of violence (as defined in 18 U.S.C. § 3156(a)(4)) or Federal crime of terrorism (as defined in 18 U.S.C. § 2332b(g)(5)(B)) for which

maximum sentence is 10 years' imprisonment or more;

___ b. an offense for which maximum sentence is life imprisonment or death;

✓ c. Title 21 or MDLEA offense for which maximum sentence is 10 years' imprisonment or more;

___ d. instant offense is a felony and defendant has two or more convictions for a crime set forth in a-c above or for an offense under state or local law that would qualify under a, b, or c if federal jurisdiction were present, or a combination or such offenses;

___ e. any felony not otherwise a crime of violence that involves a minor victim or the possession or use of a firearm or destructive device (as defined in 18 U.S.C. § 921), or any other dangerous weapon, or involves a failure to register under 18 U.S.C. § 2250;

✓ f. serious risk defendant will flee;

___ g. serious risk defendant will (obstruct or attempt to obstruct justice) or (threaten, injure, or intimidate prospective witness or juror, or attempt to do so).

___ 6. Government requests continuance of ______ days for detention hearing under § 3142(f) and based upon the following reason(s):

___ 7. Good cause for continuance in excess of three days exists in that:

DATED: July 27, 2007

Respectfully submitted,

GEORGE S. CARDONA
Acting United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

Sarah C. Baxter
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED
CLERK, U.S. DISTRICT COURT
JUL 26 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Adolfo Verdugo DEFENDANT. | CASE NUMBER:<br>07-1170m |
| | **WAIVER OF RIGHTS (OUT OF DISTRICT CASES)** |

I understand that charges are pending in the ——— District of Rhode Island alleging violation of ________ (Title and Section / Probation / Supervised Release) and that I have been arrested in this district and taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

(1) have an identity hearing to determine whether I am the person named in the charges;
(2) receive a copy of the charge(s) against me;

***-Check one only-***

☐ **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and
(4) request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead guilty.

☐ **PROBATION OR SUPERVISED RELEASE CASES:**

(3) have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release.

**I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:**

☐ have an identity hearing
☑ receive a copy of the charges(s) against me
☐ have a preliminary examination
☑ have an identity hearing, and I have been informed that I have no right to a preliminary examination
☐ have an identity hearing, but I request that a preliminary examination be held in the prosecuting district

ADOLFO VERDUGO
Defendant

Defense Counsel

Date: 7/26/2007

United States Magistrate Judge

STAYED TO AUGUST 10, 2007

Name & Address

FILED
CLERK, U.S. DISTRICT COURT
JUL 27 2007
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br>PLAINTIFF(S)<br>v.<br>ADOLFO VERDUGO,<br>DEFENDANT(S). | CASE NUMBER<br>07-1170M<br>**FINAL COMMITMENT AND WARRANT OF REMOVAL**<br>District of RHODE ISLAND<br>At PROVIDENCE *(City)* |

**To: United States Marshal for the Central District of California**

The above-named defendant is hereby remanded to your custody and you are hereby ORDERED to remove him/her forthwith, along with a certified copy of this Commitment, to the custodian of a place of confinement within the District of Origin, approved by the Attorney General of the United States, where the defendant shall be received and safely kept until discharged in due course of law.

This defendant was arrested in this District after:
- ☐ filing of a complaint before a U.S. Magistrate Judge
- ☐ an indictment by a Grand Jury
- ☒ a bench warrant issued by a U.S. District Judge/Magistrate Judge/Clerk from the District of Origin charging that on or about MAY 30, 2007 , in the District of Origin, the defendant did:
  Conspiracy to distribute and to posses with intent to distribute of cocaine.

  in violation of Title(s) 21 , U.S.C., Section(s) 841(a)(1) & (b)(1)(A)

The defendant has now:
- ☒ duly waived identity hearing before me on July 26, 2007.
- ☐ duly waived preliminary examination before me on ______________.
- ☐ had a hearing before me on ______________, and it appears that there is probable cause to believe that the offense so charged has been committed and that the defendant has committed it.
- ☐ had a hearing before me on ______________, and it appears that the defendant is the person named as charged, and:
  - ☒ Bail has been set at $ 250,000 but has not been posted.
  - ☐ No bail has been set.
  - ☐ Permanent detention has been ordered.
  - ☐ Temporary detention has been ordered.

7/27/07
Date

United States Magistrate Judge

**RETURN**

Received this commitment and designated prisoner on ______________, and on ______________, committed him to ______________ and left with the custodian at the same time a certified copy of the within temporary commitment.

United States Marshal, Central District of California

Date ______________ Deputy ______________

# *United States Pretrial Services*

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

July 31, 2007

United States District Court
United States Clerk's Office
Edward R. Roybal Federal Building
Room 178
Los Angeles, California 90012

**Re: Release Order Authorization**
**Defendant: Verdugo, Adolfo**
**Docket #: 07M-1170**

To Whom it May Concern:

On July 26, 2007, the defendant's bond was set by the Honorable Victor B. Kenton, at a $250,000 Appearance Bond. Special conditions of the bond include: **RELEASE TO PRETRIAL SERVICES ONLY,** for placement in an electronic monitoring program.

Please be advised that the defendant has been found acceptable for placement in an electronic monitoring program.

If you determine that the bond has been satisfied, please prepare a release order with the **RELEASE TO PRETRIAL SERVICES ONLY** box checked for the duty Magistrate Judge's signature.

Sincerely,

Sandra S. Rueda
Digitally signed by Sandra S. Rueda
DN: cn=Sandra S. Rueda, c=US, o=U.S. Pretrial Services, ou=U.S. Pretrial Services Officer, email=Sandra_Rueda@cacpt.uscourts.gov
Date: 2007.07.31 12:48:37 -07'00'

Sandra Rueda
U.S. Pretrial Services Officer
(213) 894-3147

# *United States Pretrial Services*

United States District Court
Central District of California

George M. Walker
Chief U.S. Pretrial Services Officer

Jill F. McClain
Deputy Chief U.S. Pretrial Services Officer

## PASSPORT RECEIPT

FILED
2007 AUG -1 PM 1:53
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ____________

Defendant's name: **Adolfo Verdugo**

Name on passport, if different: ***(Same)***

Passport number: **212092807**

Country of origin: **United States**

Date passport issued: **November 17, 2004**

Expiration date of passport: **November 16, 2007**

Ordered by court in the Central District of California or (district) ____________________

Docket Number: **07M-1170**

Surrendered by and date (print and sign):
**,Patricia Pelaez, Public Defenders' Paralegal August 1, 2007**

Received by and date (print and sign):
**,Manuel Ibanez, U.S. Pretrial Services August 1, 2007**

[redacted]

Returned to and date (print and sign):

Returned by and date (print and sign):

Purpose returned:

Address (if mailed):

CAC PSA 41 12/06