UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

ENTRY OF APPEARANCE

I enter my appearance by appointment for Defendant Adolfo Verdugo.

Respectfully submitted,

William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on August 16, 2007 I served a copy of the above ENTRY OF APPEARANCE upon Assistant United States Attorney Mary Rogers, 50 Kennedy Plaza, Providence, RI 02903 by fax transmission to 401-709-5001.