UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

ENTRY OF APPEARANCE

I enter my appearance by appointment for Defendant Adolfo Verdugo.

Respectfully submitted,

/s/ William T. Murphy
William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on August 16, 2007 I served a copy of the above ENTRY OF APPEARANCE upon Assistant United States Attorney Mary Rogers, 50 Kennedy Plaza, Providence, RI 02903 by fax transmission to 401-709-5001.

__________________________