UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

MOTION OF DEFENDANT ADOLFO VERDUGO
FOR CONTINUANCE OF ARRAIGNMENT/INITIAL APPEARANCE
ON THE INDICTMENT

Defendant Adolfo Verdugo respectfully moves for a continuance of his arraignment/initial appearance on the indictment, currently scheduled for August 17, 2007, until September 4, 2007. The grounds for the requested relief, and the reasons the Court should grant the motion, are:

1. The Defendant received notice of the arraignment shortly before 4:30 PM Eastern Daylight Time on August 14. Defendant lives in Ponomoa, California. Defendant, having been previously arrested upon a bench warrant in this action an released upon bond, immediately advised his assigned Federal Public Defender Peter Johnson in Los Angeles. Mr. Johnson immediately called undersigned counsel, having learned of counsel's impending appointment in this case from the Federal Public Defender in Providence.

2. It has been virtually impossible for the Defendant to settle his affairs in California and arrange transportation to Rhode Island with such short notice.

3. After consultation with the Assistant United States Attorney assigned to this case, counsel can represent that the Government does not oppose this motion.

August 16, 2007

Respectfully submitted,

/s/ William T. Murphy
William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on August 16, 2007 I served a copy of the above ENTRY OF APPEARANCE upon Assistant United States Attorney Mary Rogers, 50 Kennedy Plaza, electronically through the Court's automatic service system.

/s/William T. Murphy