60/85

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

RECEIVED
U.S. MARSHALS SERVICE
AUG 0 9 2007
District of Rhode Island

U.S. Department of Justice
United States Marshals Service

# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: USA | COURT CASE NUMBER: CR07-100-04S |
| DEFENDANT: ADOLFO VERDUGO | TYPE OF PROCESS: SUMMONS |

10E Towner (U) Arrow Hwy (HSD) Valhalla (RT)

SERVE AT
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ADOLFO VERDUGO
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*: 2438 VALHALLA STREET, POMONA, CA 91767-2526

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

CLERK'S OFFICE
ATTN: JEANNINE NOEL
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE ***(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):***

Fold

ATTY INFORMATION: PETE JOHNSON 213-864-7524

Fold

RECEIVED
2007 AUG 29 A 8:
U.S. MARSHAL DISTRICT OF RI

Signature of Attorney other Originator requesting service on behalf of: [signature] ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 752-7217
DATE: 8/9/07

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 12 | [signature] | 8/13/07 |

I hereby certify and return that I ☒ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual , company, corporation, etc., at the address shown above on the on the individual , company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*: MARIA VERDUGO (SPOUSE)

☒ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date: 08-14-07 Time: 10:10 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy: [signature] #3936

| Service Fee | Total Mileage Charges including *endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:

LEFT SUMMONS WITH SPOUSE, MARIA VERDUGO.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

LR

AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ADOLFO VERDUGO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-100-04S

RECEIVED
U.S. MARSHALS SERVICE
AUG 09 2007
District of Rhode Island

(Name and Address of Defendant)
2438 Valhalla Street, Pomona, CA 91767-2526

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| | Date and Time<br>AUGUST 17, 2007 AT 11:30 A.M. |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 21 Section(s) 846, 841(a)(1), (b)(1)(A)

Brief description of offense:
CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

J. Noel
Signature of Issuing Officer

August 9, 2007
Date

JEANNINE NOEL, DEPUTY CLERK
Name and Title of Issuing Officer

This form was electronically produced by John Elchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: Date

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant at:

☒ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 08-14-07
Date

A. TORRES
Name of United States Marshal

MINH K. TRING
(by) Deputy United States Marshal

Remarks: LEFT SUMMONS WITH SPOUSE, MARIA VERDUGO.

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.