AO 83 (Rev. 12/85) Summons in a Criminal Case.

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

ADOLFO VERDUGO

SUMMONS IN A CRIMINAL CASE

CASE NUMBER: CR07-100-04S

(Name and Address of Defendant)

2438 Valhalla Street, Pomona, CA 91767-2526

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States Courthouse<br>Two Exchange Terrace<br>John O. Pastore Federal Building<br>Providence, RI 02903 | COURTROOM A |
| Before: U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND | Date and Time<br>SEPTEMBER 4, 2007 AT 2:00 P.M. |

To answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Violation Notice ☐ Probation Violation Petition

Charging you with a violation of Title 21 Section(s) 846, 841(a)(1) , (b)(1)(A)

Brief description of offense:

CONSPIRACY TO DISTRIBUTE AND POSSESSION WITH INTENT TO DISTRIBUTE COCAINE

Signature of Issuing Officer

August 16, 2007

Date

JEANNINE NOEL, DEPUTY CLERK

Name and Title of Issuing Officer

RECEIVED
2007 AUG 30 A 8:29
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.

AO 83 (Rev. 12/85) Summons in a Criminal Case

## RETURN OF SERVICE

Service was made by me on: AUGUST 23, 2007 AT 8:20AM
Date

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: 2438 VALHALLA ST. POMONA, CA 91767

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 08-23-2007
Date

A. TORRES
Name of United States Marshal

MINH TRING
(by) Deputy United States Marshal

Remarks:

RECEIVED
2007 AUG 30 A 8:29
U.S. MARSHAL'S OFFICE
DISTRICT OF R.I.

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.