UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

**MOTION TO REVOKE OR AMEND DETENTION ORDER**

Defendant Adolofo Verdugo, pursuant to 18 U.S.C. § 3145, respectfully the Court for an order revoking or amending the order of detention signed by United States Magistrate Judge Almond on September 4 and entered on September 7. The grounds for the requested relief include, but are not limited to, the following:

1. The Magistrate Judge ignored compelling evidence that the Defendant will appear as required by this Court.

2. The Magistrate Judge in his analysis of the facts improperly shifted the burden of persuasion from the Government to the Defendant.

3. The Defendant's first and working language is Spanish, and the alleged *Miranda* warnings administered before an alleged confession heavily relied upon by the Magistrate Judge were given in English.

4. The Magistrate Judge's order is otherwise affected by error of law and fact.

A Memorandum of Law is submitted herewith and incorporated by reference.

Wherefore, Defendant respectfully moves the Court to grant the requested relief and all other relief justice requires.

DATED: September 11, 2007

Respectfully submitted,

/s/William T. Murphy
William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on September 11, 2007 I served a copy of the above Motion and Supporting Memorandum upon Assistant United States Attorney Mary Rogers, 50 Kennedy Plaza, Providence, RI 02903 by regular mail, or hand delivery, or fax transmission to 401-709-5001.

/s/ William T. Murphy