UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

DEFENDANT'S MEMORANDUM ON THE
STANDARD OF REVIEW TO BE EXERCISED BY THE
DISTRICT COURT ON A MOTION TO REVOKE AN ORDER OF DETENTION
UNDER 18 U.S.C. § 3145

The pertinent part of the statute is as follows;

> " **(b) Review of a detention order.--**If a person is ordered detained by a magistrate judge, or by a person other than a judge of a court having original jurisdiction over the offense and other than a Federal appellate court, the person may file, with the court having original jurisdiction over the offense, a motion for revocation or amendment of the order. The motion shall be determined promptly." 18 U.S.C. 3145(b).

The First Circuit has explicitly held that a District Court's review of a Magistrate Judge's denial of bail is *de novo*. *United States v. Totora*, 922 F.2d 880 884 (1990) at fn. 4. Other Courts have similarly held that the District Court reviews such orders *de novo*. *United States v Maull*, 773. F.2d 1479 (8th Cir., 1985); *United States v. Delker*, 773 F.2d 1479 (8th Cir., 1985) (District Court should review *de novo* and can accept additional evidence or proffers); *United States v. Reuben*, 974 F.2d 580 (5th Cir., 1992)

The Tenth Circuit differs a bit in holding that the District Court is to review mixed questions of law and fact *de novo* but is to accept the Magistrate's findings of historical fact unless they are clearly erroneous. *United States v. Cisneros*, 328 F.3d 610 (10th Cir., 2003).

For the above reasons, the Defendant respectfully submits that this Court should review the findings and ruling of the Magistrate Judge denying bail *de novo.*

Dated: September 18, 2007

Respectfully submitted,

/s/ William T. Murphy__

William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623
Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on Sept. 18, 2007 I caused the above to be filed electronically and that it is available for viewing and downloading from the ECF system.

Electronic notification:

Mary Rogers
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ William T. Murphy__________