UNITED STTES DISTRICT COURT
FOR THE DISRTICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OFAMERICA | : | |
| | : | |
| V | : | CASE NO.: 07-100 |
| | : | |
| ADOLFO VERDUGO | : | |

ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)

CERTIFICATION

I hereby certify that a true coy of the within Entry of Appearance was electronically filed to the United States of America District Court, District of Rhode Island, Office of the Clerk, www.rid.uscourts.gov and to the Assistant US Attorney, Mary Rogers, mary.rogers@usdoj.gov on this 9th day of October, 2007.

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)