UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | |
| | : | CASE NO.: 07-100 |
| ADOLFO VERDUGO | : | |

ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

/s/ John Lusi, Esq.
John Lusi, Esq. (Bar #4949)
Law Offices of John Lusi
29 Okie Street
Providence, RI 02908
Phone #: (401) 632-0161
Fax #: (401) 632-0589

CERTIFICATION

I hereby certify that a true copy of the within Entry of Appearance was electronically filed to the United States of America District Court, District of Rhode Island, Office of the Clerk, www.rid.uscourts.gov and to the Assistant U.S. Attorney, Mary Rogers, mary.rogers@usdoj.gov on this 19th of October 2007.

/s/ John Lusi, Esq.
John Lusi, Esq., (Bar #4949)
Law Offices of John Lusi
29 Okie Street
Providence, RI 02908
Phone #:(401) 632-0161
Fax #: (401) 632-0589