IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR07-100-04S |
| | ) | |
| | ) | |
| ADOLFO VERDUGO | ) | |

**DEFENDANT'S MOTION FOR THE ENLARGEMENT OF TIME BY THIRTY DAYS WITHIN WHICH TO FILE PRE-TRIAL MOTIONS**

Now comes the defendant, Adolfo Verdugo, by and through his attorneys, and respectfully asks that pursuant to Rule 45(b) of the Federal Rules of Criminal Procedure the court extend by thirty days the time within which pre-trial motions shall be filed by the parties. The granting of this motion would constitute thirty days of excludable time as defined by 18 U.S.C. §3161(h) ("Speedy Trial Act"). Defendant has not previously moved for any enlargement of time. Defendant requests an enlargement of time in order to further analyze the factual and legal issues arising out of this matter and asserts that the need for the additional time requested outweighs the defendant's interest in a speedy trial.

**Dated: November 19, 2007**

Respectfully submitted,

Adolfo Verdugo
By his attorneys,

/s/ Joseph J Voccola
Joseph J. Voccola, Esq.
(Bar #4132)
Law Offices of Joseph J.
Voccola
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
suejoevoccolalawoffices.
com

/s/ John F. Lusi
John F. Lusi, Esq. (Bar.
#4949)
Law Offices of John F.
Lusi
128 Dorrance Street,
Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

Certificate of Service

I hereby certify that true copies of the within motion were served by electronic mail on November 19, 2007 to:

mary.rogers@usdoj.gov

usariecf@usdoj.gov