IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) | |
| vs. | ) | CR07-100-04S |
| ADOLFO VERDUGO<br>Defendant | ) | |

**DEFENDANT ADOLFO VERDUGO'S MOTION TO SUPRESS ORAL AND TANGIBLE EVIDENCE**

Now comes the defendant, Adolfo Verdugo, by and through his attorneys, and respectfully asks that pursuant to Rules 12(b)(3)(C) and 41(h) of the Federal Rules of Criminal Procedure and under the laws and the Constitution of the United States, the Court order the suppression of:

1. All evidence, oral or tangible, obtained directly or indirectly, following the unauthorized and unlawful arrest, interrogation and search of Mr. Verdugo and his tractor trailer by law enforcement officials beginning at approximately 2:30am

on or about May 30, 2007 at a rest stop off Interstate 91 in Holyoke, Massachusetts; and

2. All evidence, oral or tangible, obtained directly or indirectly, following the unauthorized and unlawful arrest, interrogation and search of Mr. Verdugo and a search of his home by law enforcement officials on or about 12:15pm on or about July 25, 2006 in Pomona California.

The grounds for this motion are set forth in the accompanying memorandum of law. Mr. Verdugo submits that in support of this motion he will rely upon facts to be elicited at a future evidentiary hearing and hereby requests such an evidentiary hearing before the court for this purpose.

In addition to the above request for an evidentiary hearing, defendant hereby requests the opportunity to submit a written memorandum of law subsequent to said evidentiary hearing. Following the submission of memoranda counsel would be available for oral argument upon the court's request. Counsel would expect to prepare the

memorandum of law within one week of the conclusion of the evidentiary hearing.

With regard to scheduling, the undersigned understand that the operative pretrial schedule order calls for all pretrial memoranda to be filed on or before Friday, December 21, 2007. Given that a trial may or may not occur depending on the court's disposition of this motion to suppress, Mr. Verdugo hereby requests a continuance of the deadline for the submission of pretrial memoranda until a reasonable time after the disposition of this motion to suppress.

Similarly, the undersigned understand that this matter is scheduled for jury empanelment on January 8, 2007 and for trial on January 14, 2007. After discussing this motion with the government, the undersigned believe that, in the event the court grants Mr. Verdugo's request for an evidentiary hearing, the government would call as a witness, among others, Officer Richard Machado of the Pomona, California police department. Given that Officer Machado would have to fly in to Providence from Pomona and that it may take substantial time for the government to arrange and coordinate Officer Machado's travel plans, the January 8th and 14th trial dates may occur before the

disposition of this motion thereby necessitating a continuance of those trial dates.

Mr. Verdugo understands that any continuance of the dates in the operative pretrial scheduling order in order to accommodate his request for an evidentiary hearing on his motion to suppress evidence would constitute excludable time as defined by 18 U.S.C. §3161(h) ("Speedy Trial Act') and further asserts that the need for any additional time to resolve the motion to suppress outweighs Mr. Verdugo's interest in a speedy trial.

Respectfully submitted,
Adolfo Verdugo,
By his attorneys,

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

Certificate of Service

We, the undersigned, hereby certify that on the 19th day of December, 2007 we caused a true copy of the within motion to suppress to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center, 8th Floor
Providence RI 02903
mary.rogers@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net