IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | ) | |
| vs. | ) | CR07-100-04S |
| ADOLFO VERDUGO<br>Defendant | ) | |

**JOINT MOTION TO CONTINUE THIS MATTER TO THE FEBRUARY 2008 TRIAL CALENDAR**

Now come the United States of America and Adolfo Verdugo who jointly request that this Court continue this matter to the February 2008 trial calendar. The additional time requested is needed to prepare for an upcoming evidentiary hearing on Mr. Adolfo's pending motion to suppress evidence. Several witnesses expected to testify at this hearing are located outside the State of Rhode Island necessitating time to plan and coordinate travel.

Respectfully submitted,

United States of America
By its attorney,

/s/ AUSA Mary Rogers

AUSA Mary Rogers
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903
(401) 709-5000

and

Adolfo Verdugo
By his attorneys,

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

## Certificate of Service

We, the undersigned, hereby certify that on the 21st day of December, 2007 we caused a true copy of the within motion to continue to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center, 8th Floor
Providence RI 02903
mary.rogers@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net