**DISTRICT JUDGE WILLIAM E. SMITH**
**U.S. District Court for the District of Rhode Island**
**January 15, 2008 Calendar Call**

## CRIMINAL CASES

**CR07-100-02S-LDA USA v. Idelfonso Betancourt-Rodriguez**
Conspiracy with intent to Distribute Cocaine
**CR07-100-03S-LDA USA v. Rafael Fernandez-Roque**
Conspiracy with intent to Distribute Cocaine
**CR07-100-04S-LDA USA v. Adolfo Verdugo**
Conspiracy with intent to Distribute Cocaine
**CR07-100-05S-LDA USA v. Juan Manuel Casillas**
Conspiracy with intent to Distribute Cocaine
**CR07-106-01S-LDA USA v. Jesus Gonzalez**
Conspiracy with intent to Distribute Cocaine
**CR07-109-01S-DLM USA v. Jonathan Campbell**
Felon in Possession of a Firearm
**CR07-110-01S-DLM USA v. Felix Rodriguez**
Felon in Possession of a Firearm
**CR07-144-01S-LDA USA v. Luis Camacho**
Distribution of Heroin

## CIVIL CASES

**CA05-229-S-LDA Michael Bowling v. Hasbro, Inc.**
Patent Infringement
**CA05-450-S-DLM Lynn M. Sutherland v. HYC, Inc.**
Tort/Marine (Admiralty)
**CA06-377-S-DLM Webster Avenue, CVS, Inc. v. Commercial Electric Contractors**
Breach of Contract
**CA07-166-S-LDA Dominion Diagnostics, LLC v. The J. Bolen Group**
Contract - Other

## NOTICE

You are hereby notified that the above-captioned cases are on the trial calendar commencing on February 5, 2008 to be tried in the order listed. The calendar will be called on **January 15, 2008** at **9:00 a.m.** Juries will be empaneled on February 5, 2008 at 9:30 a.m.

Every effort will be made to provide a date certain for trial at the calendar call; however, dates may change due to settlements or other circumstances. Counsel should be prepared to discuss all scheduling issues at the Calendar Call.

Following Calendar Call a final Pretrial Conference will be held in all cases. The date for the final Pretrial Conference will be set at the Calendar Call, if not before.

Lead trial counsel must attend the Calendar Call unless specifically excused from attendance by the Court.

/s/Judge William E. Smith
William E. Smith
U.S. District Judge

Date: January 02, 2008

**Please notify Clerk's Office if any counsel of record have not been notified**.