IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR07-100-04S |
| | ) | |
| | ) | |
| ADOLFO VERDUGO | ) | |

**JOINT MOTION TO EXTEND THE DEADLING FOR FILING WRITTEN SUPPRESSION MEMORANDA TO FRIDAY FEBRUARY 8, 2008**

Now come the United States of America and Adolfo Verdugo who jointly request that this Court extend the deadline for the filing of written memoranda on defendant's pending motion to suppress from Tuesday, February 5, 2008 to on or before 4pm Friday, February 8, 2008. This request reflects the recent postponement of the date set for oral argument from Thursday February 7, 2008 to Wednesday February 13, 2008. The requested deadline would afford *the* court ample time to review and analyze the memoranda prior to hearing the oral arguments. This request also reflects the fact that the transcripts from the suppression hearing were first made available yesterday afternoon.

Respectfully submitted,

United States of America
By its attorney,

/s/ AUSA Mary Rogers
AUSA Mary Rogers
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence RI 02903
(401) 709-5000

and

Adolfo Verdugo
By his attorneys,

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

## Certificate of Service

We, the undersigned, hereby certify that on the 5th day of February, 2008 we caused a true copy of the within motion to continue to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center, 8th Floor
Providence RI 02903
mary.rogers@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net