UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CR 07-100 S

OMAR ALTAMIRANO-NUNEZ
a/k/a Juan Carlos Diaz Delgadillo,
a/k/a Burras, and
IDELFONSO BETANCOURT-RODRIGUEZ,
a/k/a Chaco, and
RAFAEL FERNANDEZ-ROQUE,
a/k/a Rafael Hernandez-Roque, and
ADOLFO VERDUGO and
JUAN MANUEL CASILLAS

**MOTION OF APPOINTED COUNSEL TO WITHDRAW**

William T. Murphy, counsel for Defendant Adolfo Verdugo, respectfully moves the Court for leave to withdraw as counsel of record, upon the following grounds:

1. The Court appointed the undersigned to represent Defendant Verdugo on August 9, 2007. Undersigned counsel entered his appearance on August 16, 2007.

2. Joseph J. Voccola, Esq. entered his appearance as retained counsel for Defendant Verdugo on October 9, 2007. John Lusi entered his appearance as retained counsel on October 19, 2007. Undersigned counsel has deferred filing this Motion to Withdraw pending receipt from Mr. Voccola or his co-counsel John Lusi of Mr. Verdugo's written consent to withdrawal. That written consent has not issued, but the wealth of proceedings, particularly evidentiary hearings on Mr. Verdugo's motion to suppress, demonstrate that Mr. Verdugo has no objection to this Motion.

Wherefore, undersigned appointed counsel respectfully moves for an order discharging him from the responsibility of representing Defendant Verdugo from October 9, 2007 forward and for such other relief as justice requires.

Dated: February 8, 2008

Respectfully submitted,

/s/ William T. Murphy

William T. Murphy (Reg No. 1201)
William T. Murphy Law Offices, Inc.
312 Turks Head Building
PO Box 9623

Providence, RI 02940-9623
Tel: 401-459-6700
FAX: 401-751-5931
Email: wtm@wtmurphy.com

Certificate of Service

I certify that on February 5, 2008 I caused the above to be filed electronically and that it is available for viewing and downloading from the ECF system.

/s/ William T. Murphy