AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## District of Rhode Island

USA v. Rafael Fernandez-Rogue + Adolfo Verdugo

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR07-100-03 + 04

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Mary Rogers | John F. Lusi, Andrew Berg |
| TRIAL DATE(S) 1/14/08, 1/17/08, 1/22/08, 1/23/08, 2/13/08 | COURT REPORTER Anne Clayton | COURTROOM DEPUTY Doreen Baldinelli |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| DAY 1 | | | | | |
| — | | 1/14/08 | — | — | W-1 Hyme Jaime Sierrez |
| 39 | | 1/14/08 | | Full | Consent to Search (Spanish) |
| 40 | | 1/14/08 | | Full | Entry and Search Warrant (English) |
| — | | 1/14/08 | — | — | W-2 Richard Machado |
| 37 | | 1/14/08 | | Full | Warrant for Arrest |
| 43 | | 1/14/08 | | Full | Texas Department Offense Report |
| — | | 1/14/08 | — | — | W-3 Aaron Kane |
| 41 | | 1/14/08 | | Full | Picture of Bag |
| — | | 1/14/08 | — | — | W-4 Ronald Arnold |
| 42 | | 1/14/08 | | Full | Photograph of Garment Bag |
| | | DAY 2 | | | |
| | B | 1/17/08 | ID | | Record of Deportable/Inadmissible Alien |
| | A | 1/17/08 | ~~ID~~ | FULL | Hand written notes by Agent Arnold |
| — | | 1/17/08 | — | — | W-5 Thomas Nartowicz |
| 24 | | 1/17/08 | ~~ID~~ | FULL | Google.com Map of Hatfield, MA |
| 27 | | 1/17/08 | ~~ID~~ | FULL | Google.com Map of Springfield, MA |
| 28 | | 1/17/08 | ~~ID~~ | FULL | Google.com Map of Massachusetts |
| 29 | | 1/17/08 | ~~ID~~ | FULL | Google.com Map of South Hadley, MA |
| 36 | | 1/17/08 | ~~ID~~ | FULL | Prisoner Property Inventory |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rafael Fernandez-Roque + Adolfo Verdugo

CASE NUMBER: CR07-100-03+04

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | C | 1/17/08 | ID | | Letter to Detective Lieutenant Brooks |
| | | | | | |
| | | DAY3 | | | |
| — | — | 1/22/08 | — | — | W-6 Agent Michael Naylor |
| 1 | | 1/22/08 | | Full | Phone conversation 5/26/07 @ 12:19:48 |
| 2 | | " | | Full | Phone conversation 5/27/07 @ 19:40:03 |
| 3 | | " | | Full | Phone Conversation 5/28/07 @ 22:25:30 |
| 4 | | " | | Full | Phone conversation 5/29/07 @ 11:15:52 |
| 5 | | " | | Full | Phone Conversation 5/29/07 @ 20:06:39 |
| 6 | | " | | Full | Phone Conversation 5/29/07 @ 21:51:27 |
| 7 | | " | | Full | Phone conversation 5/29/07 @ 22:04:45 |
| 8 | | " | | Full | Phone Conversation 5/29/07 @ 22:19:40 |
| 9 | | " | | Full | Phone conversation 5/29/07 @ 22:24:09 |
| 10 | | " | | Full | Phone conversation 5/29/07 @ 22:36:48 |
| 11 | | " | | Full | Phone Conversation 5/29/07 @ 23:08:36 |
| 12 | | " | | Full | Phone conversation 5/29/07 @ 23:09:31 |
| 13 | | " | | Full | Phone Conversation 5/30/07 @ 00:47:31 |
| 14 | | " | | Full | Phone Conversation 5/30/07 @ 00:56:02 |
| 15 | | " | | Full | Phone Conversation 5/30/07 @ 02:23:55 |
| 16 | | " | | Full | Phone conversation 5/30/07 @ 02:46:14 |
| 17 | | " | | Full | Phone Conversation 5/30/07 @ 03:01:55 |
| 18 | | " | | Full | Phone Conversation 5/30/07 @ 03:10:01 |
| 19 | | " | | Full | Phone Conversation 5/30/07 @ 03:14:08 |
| 20 | | " | | Full | Phone conversation 5/30/07 @ 03:15:39 |
| 21 | | " | | Full | Phone Conversation 5/30/07 @ 03:18:23 |
| 22 | | " | | Full | Phone conversation 5/30/07 @ 03:20:22 |
| 23 | | 1/22/08 | | Full | Phone Conversation 5/30/07 @ 03:21:00 |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rafael Fernandez-Rogue + Adolfo Verdugo

CASE NUMBER: CR07-100-03 +04

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 1/22/08 | | FULL | Google Map Springfield MA |
| 30 | | 1/22/08 | ~~ID~~ | FULL | Google Map search results of South Hadley, MA |
| 31 | | " | ~~ID~~ | FULL | Enlarged Google map search results of South Hadley, MA |
| 26 | | " | | FULL | Enlarged Google Map Search results for Springfield, MA |
| 32 | | " | ~~ID~~ | FULL | Enlarged Google Map Search Results of Hatfield, MA |
| 33 | | " | ~~ID~~ | FULL | Google Map search results of Charlton, MA |
| 38 | | " | | FULL | Admoniton and Waiver of Rights |
| | D | 1/22/08 | ID | | Report of Investigation dated 6/29/07 |
| | E | 1/22/08 | ID | | Report of Investigation |
| | F | | | FULL | DVD recording |
| | | DAY 4 | | | |
| 34 | | 1/23/08 | | FULL | Photo of cab of Tractor Trailer |
| 35 | | 1/23/08 | | FULL | Photo of Tractor Trailer |
| — | — | 1/23/08 | — | — | W-7 Agent Daniel McIsaac |
| — | — | 1/23/08 | — | — | W-8 Agent Anthony Cardello |
| — | — | 1/23/08 | — | — | W-9 Adolfo Verdugo |
| | | DAY 5 | | | |
| | | 1/25/08 | | | |
| 45 | | 1/25/08 | ~~ID~~ | FULL | Telephone |
| 46 | | 1/25/08 | ~~ID~~ | FULL | Telephone |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |