IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff :
VS. :
: CR07-100-04S
ADOLFO VERDUGO
Defendant :

MOTION TO WITHDRAW

Now comes Counsel for the Defendant, Adolfo Verdugo, and respectfully requests that he be allowed to withdraw as counsel for the above-captioned Defendant.

**WHEREFORE**, Counsel for the Defendant prays that his Motion to Withdraw be granted.

Respectfully Submitted,

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. #:4132
Law Offices of Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)

/s/ John Lusi, Esq.
John Lusi, Esq. #4949
Law Offices of John Lusi, Esq.
128 Dorrance St., Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589 (fax)

CERTIFICATION

I hereby certify that a true copy of the within Motion to Withdraw was filed on February 28, 2008 via electronic case filing, to the following counsel of record:

Assistant U.S. Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center, 8th floor
Providence, RI 02903
Mary.rogers@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J. Voccola, Esq.
Joseph J. Voccola, Esq. #:4132
Law Offices of Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983 (fax.)

/s/ John Lusi, Esq.
John Lusi, Esq. #4949
Law Offices of John Lusi, Esq.
128 Dorrance St., Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589 (fax)