IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
Plaintiff,

vs. CR07-100-04S

ADOLFO VERDUGO
Defendant

**ADOLFO VERDUGO'S OBJECTION TO THE GOVERNMENT'S PROPOSED TRANSLATION OF PHONE CALL NUMBER 0801**

Now comes Adolfo Verdugo who, through the undersigned counsel, objects to a portion of the government's proposed translation of phone call number 0801. Mr. Verdugo has attached the two-page document provided by the government pertaining to call number 0801.

The grounds for this objection are as follows:

**LINE 1**

Page two of the attached document indicates that the conversation was initiated by an unidentified male who began the conversation by asking what was translated from Spanish into English as, "What's up, primo?" Mr. Verdugo does not object to this translation.

**LINE 2**

The second line, attributed to the name "DELGADILLO", was translated as "Here, we are doing well, primo. Huh… it's everything okay?" Mr. Verdugo does not object to this translation except to note that it appears that the end of the line should read "is everything okay?" rather than "it's everything okay?" This appears to be a simple typographical error.

**LINE 3**

The third line, again attributed to an unidentified male, was translated as "Yes, everything is fine… it's done." Mr. Verdugo, after consultation with Spanish-English translators, objects to the end of this translation "it's done" as not fairly representing the meaning of the Spanish words, which, according to the audio recording of the phone call provided by the government, appear to be "Si, ya ya todo." Mr. Verdugo asserts that this response merely answers yes to the preceding question "is everything okay" and does not fairly convey the idea that anything was "done." Accordingly, Mr. Verdugo objects to the inclusion of "it's done" at the end of this line.

For theses reasons Mr. Verdugo respectfully requests that the court sustain this objection and strike "it's done" from the translation of line 3. The undersigned have

previously put the government on notice in writing of this objection.

Respectfully submitted,

Adolfo Verdugo
By his attorneys,

/s/ Joseph J. Voccola

Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi

John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

## Certificate of Service

We, the undersigned, hereby certify that on the 29th day of February, 2008 we caused a true copy of the within motion to continue to be filed, via electronic case filing, to the following counsel of record:

Assistant U.S Attorney Mary Rogers
Office of the United States Attorney
50 Kennedy Plaza, Fleet Center, 8th Floor
Providence RI 02903
mary.rogers@usdoj.gov

usariecf@usdoj.gov

/s/ Joseph J. Voccola
Joseph J Voccola, Esq. #4132
454 Broadway
Providence RI 02903
Phone (401) 751-3900
Fax (401) 751-8983
sue@joevoccolalawoffices.com

/s/ John F. Lusi
John F. Lusi, Esq. #4949
128 Dorrance St., Suite 400
Providence RI 02903
Phone (401) 274-6200
Fax (401) 274-6201
jlusi@cox.net

| | |
|---|---|
| CASE No.: | CH-05-0044 |
| TELEPHONE: | 617-671-8665 |
| CALL No.: | 0801 |
| OUTGOING: | 909-904-9396 |
| DATE: | May 30 , 2007 |
| TIME: | 03:21:00 |
| DURATION: | 00:00:47 |
| LANGUAGE: | Spanish |
| PARTICIPANTS: | |
| | **Unidentified Male [UM]** |
| | **Juan Carlos DELGADILLO, a/k/a Burras, Omar, Juan Carlos Diaz** |
| COMMENTS: | [U/I] - Unintelligible |
| | [PH] - Phonetic |
| TRANSLATED BY: | McNeil Technologies, Inc., mtimon62 |
| REVISED BY: | McNeil Technologies, Inc., |

[TELEPHONE RINGS]

[BEGINNING OF CONVERSATION]

---

| | |
|---|---|
| UM: | What's up, primo? |
| DELGADILLO: | Here, we are doing well, primo. Huh... it's everything okay? |
| UM: | Yes, everything is fine... it's done. |
| DELGADILLO: | That's all, so Primo, when do I see you? |
| UM: | I don't know, you tell me? |
| DELGADILLO: | No, huh...when are you going to be free? |
| UM: | I think I'll be free for tomorrow. [SIGHS]... |
| DELGADILLO: | Alright. No, but tomorrow I have to huh... my wife is sick and I have to take her to the hospital and... and I'm going to be there busy. Maybe I'll give you a call in the afternoon to see how you are doing. |
| UM: | Alright then. |
| DELGADILLO: | Okay, primo, so thank you and... we'll keep in touch. |
| UM: | Okay, man. |
| DELGADILLO: | Okay, bye. |

[END OF CONVERSATION]

[END OF CALL]