IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-100S |
| | ) | |
| ADOLFO VERDUGO | ) | |

GOVERNMENT'S RESPONSE TO
DEFENDANT'S OBJECTION TO GOVERNMENT'S TRANSLATION OF INTERCEPT 801

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Mary Rogers, Assistant United States Attorney, and responds to the Defendant's Objection to Government's Translation of Intercept 801, as set forth in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 6th day of March, 2008, I caused the Government's Response to Defendant's Objection to Government's Translation of Intercept 801 and Memorandum in Support of said Objection to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909

John F. Luis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903

/s/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-100S |
| | ) | |
| ADOLFO VERDUGO | ) | |

GOVERNMENT'S MEMORANDUM IN RESPONSE TO
DEFENDANT'S OBJECTION TO GOVERNMENT'S TRANSLATION OF INTERCEPT 801

The Defendant is objecting, post motion to suppress, to the government's Spanish to English translation of wire intercept number 801. This conversation was intercepted pursuant to Court order over telephone number (617) 671-8665 which had called telephone number (909) 904-9396. Defendant Adolfo Verdugo spoke on telephone number (909) 904-9396. Co-defendant Omar Altamirano-Nunez, a/k/a Juan Carlos, spoke on telephone number (617) 671-8665, which was the subject of the Court authorized intercepts.

Defendant Verdugo now objects to two lines in the government's translation. The Defendant has attached an outdated version of the transcript of call number 801, in which the parties are either not identified, or identified incorrectly. The government has attached a copy of the transcript which was entered into evidence at the Defendant's motion to suppress, heard before this Court. [Exhibit Number 23 at the hearing.] The government agrees that a typographical error exists, on the second line, where Juan Carlos states: "Here, we are doing well, Primo. Huh . . . *it's* everything okay." The sentence should read, "Here, we are doing well, Primo. Huh . . . *is* everything okay."

The Defendant objects to the translation on the third line, "Yes, everything is fine . . it's done." Spanish Speaking monitors, working for the Drug Enforcement Administration, have

listened to the intercept again. These monitors are prepared to testify that the Spanish words proposed by the Defendant are not accurate. (If the Spanish words proposed by the Defendant had actually been spoken, then the monitors agree that the English translation would be as proposed by the Defendant.)

The words spoken by Verdugo on the third line are as follows: "Hey, Todo . . . Ya, ya, Estubo." This translates into English as "Yes, everything is fine . . . it's done."

The Defendant claims that the Defendant stated in Spanish, "Si, Ya, ya todo." This translates into English as, "Yes, Yes. Everything."

The DEA Spanish speaking monitors further note that the Defendant's proposed version does not make sense. "Yes, Yes, Everything" leaves out an essential concept in any language. In other words, "Everything" what?

## III. CONCLUSION

For all of the foregoing reasons, the government submits that the original translation of line three is accurate.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ MARY ROGERS
MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATION OF SERVICE

On this 6th day of March, 2008, I caused the Government's Response to Defendant's Objection to Translation of Call 801 and Memorandum in Support of said Objection to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic notification:

Joseph J. Voccola, Esq.
454 Broadway
Providence, RI 02909

John F. Luis, Esq.
128 Dorrance Street, Suite 400
Providence, RI 02903

/s/ MARY ROGERS

MARY ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov