IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR NO: 07-100S |
| | : | |
| ADOLFO VERDUGO | : | |

VOIR DIRE QUESTION OFFERED ON BEHALF OF DEFENDANT ADOLFO VERDUGO

Now comes the Defendant, Adolfo Verdugo, by and through his attorneys Joseph J. Voccola, Esq., and John F. Lusi, Esq., and hereby submits his list of your dire questions to this Honorable Court so as to allow reasonable inquiry of the respective jurors that will take part in adjudication of this case.

QUESTION 1: As my client sits here today, he's presumed even though the prosecution has charged him with a crime. Do you have any difficulty in presuming my client to be innocent?

QUESTION 2: The prosecution is required to prove any defendant guilty beyond a reasonable doubt. If they fail to meet that burden you must find the defendant not guilty. Do you have difficulty with that proposition?

QUESTION 3: The defendant has a Constitutional Right not to present any evidence or testify himself. If the defendant exercises his Constitutional Right not to testify would you hold that against him?

QUESTION 4: Do you have any relatives or friends that are employed in law enforcement?

QUESTION 5: Where are you presently employed and how long and in what capacity have you been employed?

QUESTION 6: Is there anything about this case that would prevent you from being fair and impartial?

QUESTION 7: Will you be able to follow the law that the Court gives even if you disagree?

QUESTION 8: Are you currently married?

QUESTION 9: Do you have any children and what are their ages?

QUESTION 10: If you are married does you spouse work and if so where and how long?

QUESTION 11: Do you or your family members including relatives and friends know any of the parties, lawyers or witnesses in this case?

QUESTION 12: What is your highest level of education, what degree and what institution?

QUESTION 13: Have you ever served in the military services?

QUESTION 14: Have you ever served on a jury before and if so what type of case?

QUESTION 15: Have you ever been a party to a lawsuit before and is so what type of case was it?

QUESTION 16: Do you know any of your peers on the jury panel?

QUESTION 17: Have you or any of your family members been a victim of crime?

QUESTION 18: Do you have any bias or prejudice against people of a different race or culture?

QUESTION 19: This case deals with the issues of illegal possession of drugs (i.e. cocaine) would you be able to view the evidence fairly and without prejudice based on your personal feelings concerning illegal possession of drugs? (i.e cocaine)

QUESTION 20: Where do you currently reside and for how long?

QUESTION 21: Do you have any family, friends or relatives that heave had a problem with the use of illegal drugs such as addiction or arrest?

QUESTION 22: Have any of your close friends or relatives ever worked as a security guard, private investigator or in any other capacity that involves law enforcement?

QUESTION 23: Do you attend religious services? What type of religious services do you attend? How often do you attend?

QUESTION 24: Have you had a recent conversation about the problem of crime in this state or any other state?

QUESTION 25: How do you get your news? (i.e. from newspapers, radio, television, all three or other sources.)

QUESTION 26: Which newspapers do you read?

QUESTION 27: What sections of the newspaper do you read?

QUESTION 28: What television news programs do you watch? Cable news programs?

QUESTION 29: What television programs do you watch?

QUESTION 30: Do any of you think that the government inducts innocent people?

QUESTION 31: When you read or hear that the government has indicted someone. What does the mean to you?

QUESTION 32: Do you think that just because someone has been indicted, that he/she must be guilty?

QUESTION 33: Do you understand that an indictment is just the government's accusing someone of doing something wrong?

QUESTION 34: Would the fact that Mr. Verdugo was arrested have any effect on your ability to presume he is innocent?

QUESTION 35: Would the fact the Mr. Verdugo has a previous record have any effect on your ability to presume he is innocent?

QUESTION 36: Can you follow the Court's instruction that you may not consider the indictment as evidence the Mr. Verdugo is guilty?

QUESTION 37: Do you believe that our criminal justice systems favors defendants?

QUESTION 38: Do you believe that our criminal justice systems is "too soft"?

QUESTION 39: Are each of you in such a fair and impartial state of mind that you would be satisfied to have a jury possessing your mental state judge the evidence if you or loved one were on trial?

QUESTION 40: If you came to the conclusion that the prosecution had not proven the guilt of Mr. Verdugo beyond a reasonable doubt, and you found that a majority of the other jurors believed he was guilty, would you change your verdict only because you were in the minority or would you stand by your own opinion?

QUESTION 41: Does anyone on this panel have to deal with the Federal Authorities on a frequent basis?

QUESTION 42: What organizations do you belong to (i.e. political, civic and social) Does anyone belong to any groups that advocate against owning or possession guns? Are any members of the panel a member of or are in sympathy with any organization which has for its purpose the regulating or banning of firearms?

QUESTION 43: Does anyone know or has anyone read about this case?

QUESTION 44: Is there any member of the panel who would believe the testimony of a Law Enforcement Officer simply because he or she is a Law Enforcement Officer?

QUESTION 45: My client has a right to remain silent, not to testify, this can not be used against him? You cannot assume he is guilty if he does not testify?

QUSTION 46: The government has to prove beyond a reasonable doubt, each and every element of the crime charged against the defendant? If one element of the crime is not proven, the defendant must be acquitted.

QUESTION 47: If the defendant elects to testify, you must treat his testimony as any other witnesses testimony.

QUESTION 48: You cannot hold it against the defendant if the defendant's attorney vigorously cross-examines prosecution witnesses.

QUESTION 49: Are you able to follow the law in this case, even if you personally do not agree with it?

QUESTION 50: Is there anyone on this panel that feels intimidated by the defendant?

QUESTION 51: Is there anyone on this panel who feels intimidated by the government?

QUESTION 52: If the government fails to meet its burden of proof, fails to establish beyond a reasonable doubt in this courtroom that Mr. Verdugo knowingly possessed cocaine with the intent to deliver, would any of you hesitate or be reluctant to return a verdict of not guilty?

QUESTION 53: Do you have any difficulty with the rule of law that says that any person who takes the witness stand has equal dignity with any other person who takes the witness stand?

QUESTION 54: If my client were to testify, would you give his testimony the same weight and credit that you would give to any other witness?

QUESTION 55: Would the fact the Mr. Verdugo was convicted of previous crimes at one time cause you to prejudge him and to disregard or discredit any of his testimony?

QUESTION 56: You may hear from Mr. Verdugo relatives when the defendant has an opportunity to present evidence. Would any of you disbelieve these witnesses merely because they are related to him?

QUESTION 57: Do any of you disagree with the proposition of law that says that the burden of proving the defendant guilty beyond a reasonable doubt tests with the prosecution, and that the accused need not introduce any evidence whatsoever? Knowing that, do you realize that my client is not bound to explain his side of the case --- since the burden of proof rests with the prosecution? So that you would not consider my client's failure to testify as an indication that he is guilty, would you?

QUESTION 58: In a criminal case the defendant has the right not to testify, not to take the witness stand. Do you any of you believe that a defendant who does not testify must be guilty, or is more likely to be guilty than a defendant who does not testify?

Defendant Adolfo Verdugo
By His Attorneys,

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

/s/ John F. Lusi
John F. Lusi, Esq., (Bar # 2323)
Law Offices of John F. Lusi
128 Dorrance Street Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589

CERTIFICATION

I hereby certify that a true copy of the within Motion was electronically filed to the United States District Court, Office of the Clerk, www.rid.uscourts.gov and to Mary Rogers, U.S. Attorney General, mary.rodgers@usdoj.gov on this 6th day of March 2008.

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law Offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

/s/ John F. Lusi
John F. Lusi, Esq., (Bar # 2323)
Law Offices of John F. Lusi
128 Dorrance Street Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589