United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR07-100-03&04S

Rafael Fernandez-Roque(03)
Adolfo Verdugo (04)

**EXHIBIT RECEIPT**

Government's Suppression Hearing Exhibit(s)- 1-43,45,46

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk