United States District Court
for the District of Rhode Island

United States of America

vs. Case No. CR07-100-03&04S

Rafael Fernandez-Roque(03)
Adolfo Verdugo (04)

**EXHIBIT RECEIPT**

Defendant's Suppression Hearing Exhibit(s)- A,B,C,D,E,F

Signature of Attorney:

David A. DiMarzio, Clerk

Deputy Clerk