AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

USA v. Rafael Fernandez-Roque + Adolfo Verdugo

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR07-100-03+04 S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William E. Smith | Mary Rogers | Andrew Berg, Joseph Voccola, John Lusi |
| **TRIAL DATE(S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| April 7-11, 2008 | Anne Clayton | Wendy Geile |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| — | — | 4/7/08 | — | — | W-1 TFA Michael Naylor |
| 1 | | 4/7/08 | ID | FULL | Transcript Call #627 |
| 2 | | 4/7/08 | ID | FULL | Transcript Call # 190 |
| 3 | | 4/7/08 | ID | FULL | Transcript Call # 233 |
| 4 | | 4/7/08 | ID | FULL | Transcript Call # 241 |
| 5 | | 4/7/08 | ID | FULL | Transcript Call # 761 |
| 6 | | 4/7/08 | ID | FULL | Transcript Call # 282 |
| 7 | | 4/7/08 | ID | FULL | Transcript Call # 284 |
| 8 | | 4/7/08 | ID | FULL | Transcript Call # 293 |
| 9 | | 4/7/08 | ID | FULL | Transcript Call # 295 |
| 10 | | 4/7/08 | ID | FULL | Transcript Call # 298 |
| 11 | | 4/7/08 | ID | FULL | Transcript Call # 304 |
| 12 | | 4/7/08 | ID | FULL | Transcript Call # 307 |
| 13 | | 4/7/08 | ID | FULL | Transcript Call # 316 |
| 14 | | 4/7/08 | ID | FULL | Transcript Call # 320 |
| 15 | | 4/7/08 | ID | FULL | Transcript Call # 785 |
| 16 | | 4/7/08 | ID | FULL | Transcript Call # 788 |
| 17 | | 4/7/08 | ID | FULL | Transcript Call # 791 |
| 18 | | 4/7/08 | ID | FULL | Transcript Call # 794 |
| 19 | | 4/7/08 | ID | FULL | Transcript Call # 798 |
| 20 | | 4/7/08 | ID | FULL | Transcript Call # 327 |
| 21 | | 4/7/08 | ID | FULL | Transcript Call # 330 |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 1 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rafael Fernandez-Roque, Adolfo Verdugo

CASE NUMBER: CR07-100-03 + 04

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 22 | | 4/7/08 | ~~ID~~ | FULL | Transcript Call # 334 |
| 23 | | 4/7/08 | ~~ID~~ | FULL | Transcript Call # 801 |
| 1A | | 4/7/08 | | FULL | Recording Call # 627 |
| 2A | | 4/7/08 | | FULL | Recording Call # 190 |
| 3A | | 4/7/08 | | FULL | Recording Call # 233 |
| 4A | | 4/7/08 | | FULL | Recording Call # 241 |
| 5A | | 4/7/08 | | FULL | Recording Call # 761 |
| 6A | | 4/7/08 | | FULL | Recording Call # 282 |
| 7A | | 4/7/08 | | FULL | Recording Call # 284 |
| 8A | | 4/7/08 | | FULL | Recording Call # 293 |
| 9A | | 4/7/08 | | FULL | Recording Call # 295 |
| 10A | | 4/7/08 | | FULL | Recording Call # 298 |
| 11A | | 4/7/08 | | FULL | Recording Call # 304 |
| 12A | | 4/7/08 | | FULL | Recording Call # 307 |
| 13A | | 4/7/08 | | FULL | Recording Call # 316 |
| 14A | | 4/7/08 | | FULL | Recording Call # 320 |
| 15A | | 4/7/08 | | FULL | Recording Call # 785 |
| 16A | | 4/7/08 | | FULL | Recording Call # 788 |
| 17A | | 4/7/08 | | FULL | Recording Call # 791 |
| 18A | | 4/7/08 | | FULL | Recording Call # 794 |
| 19A | | 4/7/08 | | FULL | Recording Call # 798 |
| 20A | | 4/7/08 | | FULL | Recording Call # 327 |
| 21A | | 4/7/08 | | FULL | Recording Call # 330 |
| 22A | | 4/7/08 | | FULL | Recording Call # 334 |
| 23A | | 4/7/08 | ~~ID~~ | FULL | Recording Call # 801 |
| — | — | 4/7/08 | — | — | W-2 Miguelina Gonzalez |
| 24 | | 4/7/08 | | FULL | Map |



2U

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rafael Fernandez-Rogue, Adolfo Verdugo CASE NUMBER: CR07-100-03 +04

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 25 | | 4/7/08 | | FULL | MAP |
| 26 | | 4/7/08 | | FULL | MAP |
| 27 | | 4/7/08 | | FULL | MAP |
| 28 | | 4/7/08 | | FULL | MAP |
| 29 | | 4/7/08 | ~~ID~~ | FULL | Aerial Photograph |
| 30 | | 4/7/08 | ~~ID~~ | FULL | Aerial Photograph |
| 35 | | 4/7/08 | | FULL | Photograph of Tractor Trailer |
| 36 | | 4/7/08 | | FULL | Photograph of Tractor CAB |
| 32 | | 4/7/08 | ~~ID~~ | FULL | MAP |
| 33 | | 4/7/08 | | FULL | MAP |
| 34 | | 4/7/08 | | FULL | MAP |
| 61 | | 4/7/08 | ~~ID~~ | FULL | Telephone (617) |
| 62 | | 4/7/08 | ID | FULL | Telephone (401) |
| | | DAY 2 | | | |
| 57 | | 4/8/08 | ~~ID~~ | FULL | Telephone T-Mobile |
| 63 | | 4/8/08 | ~~ID~~ | FULL | Telephone |
| 39 | | 4/8/08 | | FULL | Photograph of Cocaine |
| 40 | | 4/8/08 | | FULL | Photograph of Cocaine |
| 41 | | 4/8/08 | | FULL | Photograph of Cocaine |
| 51 | | 4/8/08 | ~~ID~~ | FULL | Cocaine Packaging |
| 59 | | 4/8/08 | ~~ID~~ | FULL | Cocaine Packaging Box |
| 58 | | 4/8/08 | | FULL | Duffle Bag |
| 59A | | 4/8/08 | ~~ID~~ | FULL | Wrappers in Box |
| | B | 4/8/08 | | FULL | Arrest Warrent for Adolfo Verdugo |
| | C | 4/8/08 | ID | | Report by Agent Naylor |
| | D | 4/8/08 | ID | | Report dated July 25, 2007 |
| | E | 4/8/08 | ~~ID~~ | FULL | Consent to Search Form |

AO I 87A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

USA v. Rafael Fernandez-Roque
Adolfo Verdugo

CASE NUMBER: CR07-100-03 +04

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | F | 4/8/08 | ID | | Recording Transcript |
| | | DAY 3 | | | |
| — | — | 4/9/08 | — | — | W-3 Trooper Robert Cerra |
| 64 | | 4/9/08 | ~~ID~~ | FULL | State Police Form |
| — | — | 4/9/08 | — | — | W-4 Ronald Sieberg |
| 50 | | 4/9/08 | ~~ID~~ | FULL | Cocaine |
| 52 | | 4/9/08 | ~~ID~~ | FULL | Cocaine Samples |
| — | — | 4/9/08 | — | — | W-5 John Barron |
| — | — | 4/9/08 | — | — | W-6 Jon Shankweiler |
| — | — | 4/9/08 | — | — | W-7 Ryan Arnold |
| | G | 4/9/08 | ID | | Photocopy of Handwritten Notes by SA Arnold |
| | H | 4/9/08 | ID | | Report by SA Arnold |
| — | — | 4/9/08 | — | — | W-8 Stacy Czarnowski |
| — | — | 4/9/08 | — | — | W-9 Trooper Thomas Nartowics |
| | | DAY 4 | | | |
| — | — | 4/10/08 | — | — | W-10 Daniel MacIsaac |
| 31 | | 4/10/08 | | FULL | Aerial Photograph |
| 56 | | 4/10/08 | | FULL | Cingular Telephone |
| 60 | | 4/10/08 | | FULL | Nextel Telephone |
| 38 | | 4/10/08 | | FULL | Photograph of Tractor License Plate |
| 55 | | 4/10/08 | | FULL | Property Form |
| 65 | | 4/10/08 | | FULL | Property Form for telephones |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |