IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 07-100S |
| | ) | |
| RAFAEL FERNANDEZ-ROQUE | ) | |
| and ADOLFO VERDUGO | ) | |

**VERDICT FORM**

1. As to Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute cocaine, we the jury find the Defendant, Rafael Fernandez-Roque

X GUILTY ____ NOT GUILTY

If guilty, was the amount of cocaine 5 or more kilograms?

X YES ____ NO

2. As to Count 1 of the Indictment, conspiracy to distribute and to possess with the intent to distribute cocaine, we the jury find the Defendant, Adolfo Verdugo

X
GUILTY

NOT GUILTY

If guilty, was the amount of cocaine 5 or more kilograms?

X
YES

NO

Foreperson