UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CR 07-00100-04S |
| | : | |
| ADOLFO VERDUGO | : | |

DEFENDANT'S MOTION FOR VARIANCE FROM THE RECOMMENDED GUIDELINE RANGE

Now comes the defendant, ADOLFO VERDUGO, by and through counsel, and hereby moves this Honorable Court to depart downward from the proposed sentencing guideline range in imposing a sentence with regard to the above-captioned matter. Counsel for defendant hereby requests twenty minutes for oral argument on this motion at the sentencing hearing currently scheduled to occur at 11:00 a.m. on Friday, August 29, 2008. For defendant's arguments please see the accompanying memorandum of law.

Adolfo Verdugo
By His Attorneys,

/s/ Joseph J. Voccola
Joseph J. Voccola, Esq., (Bar # 4132)
Law offices of Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

/s/ John F. Lusi
John F. Lusi, Esq., (Bar #2323)
Law Offices of John Lusi
128 Dorrance Street Suite 400
Providence, RI 02903
(401)632-0161
(401) 632-0589

CERTIFICATION

I hereby certify that a true copy of the within Motion was electronically filed to the United States District Court, Office of the Clerk www.riduscourts.gov and to Mary Rogers US Attorney General, mary rogers@doj.gov on this 25th day of July 2008.

[signature]