UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
:
VS. :
: CRIMINAL NO.: CR 07-00100-04S
ADOLFO VERDUGO :

**NOTICE OF APPEAL**

The defendant Adolfo Verdugo hereby appeals to the United States Court of Appeals from the Judgment imposed upon him by this Honorable Court.

Respectfully Submitted,
Adolfo Verdugo
By His Attorneys,

/s/ Joseph J. Voccola
Joseph J. Voccola Esq., (Bar #4132)
Law Offices of the Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

/s/ John F. Lusi
John F. Lusi., (Bar # 2323)
Law Offices of John F. Lusi
128 Dorrance Street Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589

**CERTIFICATION**

I hereby certify that a true copy of the within Notice was electronically filed to the United States District Court, Office of the Clerk, www.rid.uscourts.gov and to Mary Rogers, Assistant United States Attorney, maryrogers@doj.gov on this 29th day of August 2008.

/s/ Joseph J. Voccola
Joseph J. Voccola Esq., (Bar #4132)
Law Offices of the Joseph J. Voccola
454 Broadway
Providence, RI 02909
(401) 751-3900
(401) 751-8983

/s/ John F. Lusi
John F. Lusi., (Bar # 2323)
Law Offices of John F. Lusi
128 Dorrance Street Suite 400
Providence, RI 02903
(401) 632-0161
(401) 632-0589