UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| VS. | : | CRIMINAL NO.: CR. 07-00100-04S |
| | : | |
| ADOLFO VERDUGO | : | |

## NOTICE OF APPEAL

The defendant Adolfo Verdugo hereby appeals to the United States Courts of Appeals ~~for the District of Rhode Island~~ from the Judgment imposed upon him by this Court.

Respectfully Submitted,
Adolfo Verdugo

ADOLFO VERDUGO
Adolfo Verdugo, Pro Se
Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

## CERTIFICATION

I hereby certify that a true copy of the within notice was filed by hand at the United States District Court, Office of the Clerk, One Exchange Terrace Providence, RI 02903 and hand delivered to Mary Rogers, Assistant United States Attorney, 50 Fleet Center 8th Floor Providence, RI 02903 on this 29th day of August 2008.