UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA          :
                                  :
            v.                    :          CR No. 07-100S
                                  :
ADOLFO VERDUGO                    :

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Adolfo Verdugo's Motion to Proceed *In Forma Pauperis* and Appoint Appellate Counsel.  (Document No. 167).  The Motion has been referred to me for determination.  28 U.S.C. § 636(b)(1)(A); LR Cv 72(a).  Defendant seeks leave to appeal *in forma pauperis,* and Defendant's counsel requests that appellate counsel be appointed.  Pursuant to Fed. R. App. P. 24(a)(1), a party seeking to appeal *in forma pauperis* must first seek leave from the District Court.   Defendant has submitted a completed Net Worth Statement signed under penalty of perjury. Based  on  this  information,  Defendant's  Motion  to  Proceed  *In  Forma  Pauperis*  is  GRANTED. Defendant's request for appointed counsel, made by his current attorneys, is not properly before this Court pursuant to First Circuit Local Rules 46.5 and 46.6.  Accordingly, it is DENIED.

SO ORDERED

                                                    PER ORDER:


                                                     /s/ Jeannine Noel
                                                    Deputy Clerk

ENTER:


  /s/ Lincoln D. Almond
Lincoln D. Almond
United States Magistrate Judge
October 17, 2008